## POLLOCK v REITZ

Ohio Appeals, 7th Dist, Mahoning Co
Decided June 14, 1929

For full opinion see 176 NE 478; 38 Oh Ap 487 (Oh Bar 9-1-31).